THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY WHITE, Appellant.

Submitted July 23, 2007; decided September 6, 2007

Reported below, 40 AD3d 662.

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

NICHOLAS RAFFELLINI, Respondent, v STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant.

Submitted August 27, 2007; decided September 6, 2007

Reported below, 36 AD3d 92.

Motion by New York State Trial Lawyers' Association for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief must be served and 24 copies filed within seven days.